# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

156322 & (45)(48)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JASON RICHARD ROSE,
　　　　Defendant-Appellant.
_____/

SC: 156322
COA: 337561
Oakland CC: 2009-229124-FH

On order of the Court, the motion to supplement application is GRANTED. The application for leave to appeal the July 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief is DENIED.



a0924

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



Clerk